UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JESSICA LERICHE,                              CIVIL ACTION NO.: 14CV1889

                Plaintiff,

-against-                                     **NOTICE OF VOLUNTARY**
                                                                    **DISMISSAL WITH PREJUDICE**
                                                                    **PURSUANT TO F.R.C.P.   41(a)(1)(A)(i)**

NORTHSTAR LOCATION SERVICES, LLC.,
                Defendant,

-------------------------------------------------------------------X

    Pursuant to F.R.C.P. 41(a) (1) (A) (i), Plaintiff Jessica Leriche by her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendant NorthStar Location Services LLC.


Dated:  June 2, 2014
        New York, New York

For:   Jessica Leriche

By: /s/ M. Harvey Rephen
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone:  (212) 796-0930

So Ordered:
Central Islip, NY
March 20, 2015

LEONARD D. WEXLER, USDJ